fect, a lifetime order of protection, which affords the kidnapping victim the utmost safety and peace of mind.*

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSEN-BLATT, GRAFFEO, READ and R.S. SMITH concur.

Order affirmed in a memorandum.

COURTROOM TELEVISION NETWORK LLC, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted March 28, 2005; decided March 31, 2005

Motion by New York State Defenders Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

COURTROOM TELEVISION NETWORK LLC, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted March 28, 2005; decided March 31, 2005

Motion by Richard J. Sexton, Esq. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Nineteen additional copies of the brief may be filed within 10 days.

LIBERTO DIAZ et al., Appellants, v BLASINA RODRIGUEZ, Also Known as BLASINA ORTIZ, Respondent.

Submitted February 7, 2005; decided March 31, 2005

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

---

* After the sentencing proceeding in this case, the Legislature amended CPL 530.13 to provide explicitly that "[a]n order of protection issued under this section shall plainly state the date that such order expires" (*see* CPL 530.13 [5]; L 2002, ch 462).